# Court of Appeals of Ohio, Eighth District

County of Cuyahoga
Nailah K. Byrd, Clerk of Courts

VELOCITY INVESTMENTS LLC

        Appellee      COA NO.    LOWER COURT NO.
                             114021     CV-23-989964

                             COMMON PLEAS COURT

-vs-

TYRONE WILLIAMS

        Appellant     MOTION NO. 577980

Date 09/18/24

## Journal Entry

Sua sponte, this court dismisses this appeal because the appellant did not comply with service of the brief, as required by App.R. 13(B). Appellant to pay costs.

Judge Eileen A. Gallagher, Concurs

Emanuella D. Groves
Presiding Judge

RECEIVED FOR FILING
09/18/2024 08:49:31
NAILAH K. BYRD, CLERK
Docket ID: 186436727