# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TWILLIAMS EL BEY, *et al.*, | Case No. 1:24-cv-1990 |
| Plaintiffs, | Judge J. Philip Calabrese |
| v. | Magistrate Judge Jennifer Dowdell Armstrong |
| VELOCITY INVESTMENTS LLC, *et al.*, | |
| Defendants. | |

## JUDGMENT ENTRY

Based on the its Opinion and Order, the Court **DISMISSES** Plaintiff's complaint pursuant Further, pursuant to 28 U.S.C. § 1915(a)(3), the Court **CERTIFIES** that an appeal from this decision could not be taken in good faith.

**SO ORDERED.**

Dated: February 22, 2025

J. Philip Calabrese
United States District Judge
Northern District of Ohio